# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 14-17103** |
| | ) | **Hon. Judge Janet S. Baer** |
| **CAROLYN J. LABES,** | ) | |
| | ) | **Chapter 13** |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO: Glenn B Sterns, 201 Warrenville Rd., Ste. 650, Lisle, IL 60532; via electronic notification

**PLEASE TAKE NOTICE**: that on June 30, 2017, at 9:30 a.m., in Kane County Courthouse, 100 S. Third Street, Room 240, Geneva, IL, I shall appear before the HONORABLE Janet S Baer or before any judge sitting in his/her place and stead, and shall then and there present the attached Motion and you may appear if you choose.

## PROOF OF SERVICE

The undersigned certifies that she sent this notice and the attached motion on June 2, 2017, to the above referenced Chapter 13 Trustee via electronic court notice.

Dated: June 2, 2017         __/s/Rochelle D. Stanton_____
                            ROCHELLE D. STANTON Fed. Bar #49641MO
                            Attorney at Law, MO Bar #49641
                            745 Old Frontenac Square, Ste. 202
                            Frontenac, MO  63131
                            (314) 991-1559
                            (314) 991-1183 Fax
                            rstanton@rochelledstanton.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **In re:** ) | Case No.: 14-17103 |
| ) | Hon. Judge Janet S. Baer |
| **CAROLYN J. LABES,** ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | Notice of Motion and Motion to Approve |
| ) | Final Probate Estate |
| ) | Residual Proceeds |
| ) | |
| ) | Hearing Date: June 30, 2017 |
| ) | Hearing Time: 9:30 a.m. |
| ) | Courtroom: 615 |
| ) | *(Response due by: June 23, 2017)* |

<u>NOTICE OF MOTION AND MOTION TO APPROVE FINAL PROBATE
ESTATE RESIDUAL PROCEEDS</u>

PLEASE TAKE NOTICE: Debtor Carolyn Labes has filed a Motion to Approve Final Probate Estate Residual Proceeds on June 2, 2017 and the matter has been scheduled for hearing on **June 23, 2017 at 9:30 a.m. with the Honorable Judge Janet S. Baer in the Kane County Courthouse, 100 S. Third Street, Courtroom 615, Geneva, IL 60134.**

**WARNING:** ANY RESPONSIVE PLEADING IN OPPOSITION TO THE ABOVE MOTION MUST BE FILED IN WRITING WITH THE CLERK OF THE BANKRUPTCY COURT, ONE HUNDRED SOUTH THIRD STREET, GENEVA, IL 60134 AND WITH THE DEBTOR'S ATTORNEY AT THE ADDRESS INDICATED BELOW WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, AND IN NO EVENT LATER THAN JUNE 23, 2017. IF NO RESPONSIVE PLEADINGS ARE FILED, THE MOTION MAY BE SUSTAINED AND THE MOTION GRANTED WITHOUT FURTHER NOTICE TO ANY PARTY UPON SUBMISSION OF AN ORDER FROM DEBTOR'S COUNSEL.

## MOTION TO APPROVE FINAL
## PROBATE ESTATE RESIDUAL PROCEEDS

COMES NOW DEBTOR, Carolyn J. Labes, Debtor herein, and for her Motion to Approve Final Probate Estate Proceeds, alleges as follows:

1. Debtor Carolyn J. Labes received her initial share of the estate of her deceased father by check on April 14, 2015. Her share of the estate disbursement was $82,000.00, and she deposited these funds into her personal checking account. Debtor has now received a final residual payment from the estate of her deceased father in the sum of $1,375.00 and desires to retain this portion of the estate proceeds to pay for necessary medical procedures and services that were not covered by Debtor's medical insurance.

2. Ms. Labes is a dental hygienist, and works for more than one dentist. She travels to three or more venues throughout Elgin, Illinois and surrounding areas. She works in a stressful field that requires her to bend over patient's bodies to complete cleanings and other dental work. Because of her household expenses and her monthly Plan payment of $1,248.54, Debtor does not have funds to pay unanticipated medical expenses that arose as a result of serious immune system problems. When Debtor was first diagnosed with the immune system response abnormalities, her physician advised that Debtor treat the condition with Ibuprofen. Debtor had a serious allergic reaction to the drug, which caused a cardiac condition, which Debtor continues to treat for. Debtor is presently treating with a Neurologist, a Chiropractor, her personal physician and an internist. The out of pocket cost of her ongoing medical treatment is estimated to be more than $4,000.00 through the end of this year, 2017.

3. Debtor is in need of all of the residual estate proceeds to pay her medical costs listed above. Debtor continues to have problems with her lower back. Debtor receives treatments for pain, including physical therapy for her pain and stiffness. Debtor's medical costs have routinely exceeded her $3,000.00 deductible every year since prior to the date of filing her Bankruptcy Petition.

4. Debtor requests that the Court order that the requirement of her confirmed plan that all income in excess of wages and self employment income be paid to the Trustee be waived as to the above—described final residual Probate Estate proceeds, and that she be permitted to retain a portion of the above referenced proceeds in the sum of $1,375.00 to pay towards the costs enumerated above.

WHEREFORE, the Debtor requests the Court to order that Debtor be permitted to retain a portion of the Probate Estate residual proceeds as described above, and for any other order which the Court may determine to be just.

Dated: June 2, 2017

___/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed. Bar #49641MO
745 Old Frontenac Square, Ste. 202
Frontenac, MO 63131
(314) 991-1559
(314) 991-1183 Fax
rstanton@rochelledstanton.com

## CERTIFICATE OF SERVICE

In addition to those parties served with this document by the Court's CM/ECF system, the undersigned served a true and complete copy of this document by U.S. Mail, first class, postage prepaid or other means as indicated upon each of the parties at the addresses listed below on June 2, 2017.

                                                          /s/Rochelle D. Stanton
Rochelle D. Stanton, Fed. Bar No. 49641MO
Attorney at Law, Mo Bar No. 49641
745 Old Frontenac Square, Ste. 202
Frontenac, MO  63131
(314) 991-1559
(314) 991-1183 Fax
rstanton@rochelledstanton.com


Office of Glenn Stearns
Chapter 13 Trustee
801 Warrenville Road, Ste. 650
Lisle, IL 60532

4