UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No.: 14-17103 |
| ) | Hon. Judge Janet S. Baer |
| CAROLYN J. LABES, ) | |
| ) | CHAPTER 13 |
| Debtor, ) | |
| ) | **ORDER ON DEBTOR'S MOTION** |
| ) | **TO APPROVE FINAL PROBATE** |
| ) | **ESTATE RESIDUAL PROCEEDS** |
| ) | |

### ORDER GRANTING DEBTOR'S MOTION TO APPROVE FINAL PROBATE ESTATE RESIDUAL PROCEEDS

THIS MATTER coming to be heard on the Debtor's MOTION TO APPROVE FINAL PROBATE ESTATE RESIDUAL PROCEEDS, this Court having jurisdiction and due notice being given in interest, IT IS HEREBY ORDERED AS FOLLOWS:

Debtor is granted to retain $1,375.00 from her Final Probate Estate Proceeds

All other terms of the confirmed plan shall remain the same.

_____
Honorable Judge Janet S. Baer
United States Bankruptcy Judge

Order Prepared By:

___/s/Rochelle Stanton_____
ROCHELLE D. STANTON, MO Bar #49641
Attorney for Debtor, Fed. Bar #49641MO
745 Old Frontenac Square, Ste. 202
Frontenac, MO 63131
(314)991—1559
(314)991-1183 Fax
rstanton@rochelledstanton.com

COPIES MAILED TO:

*Trustee*
**Glenn B Stearns**
801 Warrenville Road
Suite 650
Lisle, IL 60532

**Rochelle D. Stanton**
Attorney for Debtor
745 Old Frontenac Square, Ste. 202
Frontenac, MO 63131

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

*Debtor*
**Carolyn J. Labes**
39 Surrey Drive, Apt.1N
Elgin, IL 60123